IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                      CIV 06-1016 RB/CEG
                                          CR 05-1353 RB

ALBERTO RICKY SANCHEZ,

    Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on January 24, 2007 *(Doc. 13)*.  The proposed findings notify Movant of his ability to file objections and that failure to do so waives appellate review.  To date, Movant has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)    the Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 13)* are adopted;

2)    the § 2255 motion to vacate, set aside, or correct sentence *(Doc. 1)* is denied; and

3)    civil case number 06-1016 RB/CEG is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE